

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
www.flmd.uscourts.gov

**MEMORANDUM**

## UNITED STATES OF AMERICA

-vs-                                                              Case No.  5:15-mj-1131-PRL

## JEFFREY BRIAN MOBLEY

---

| | | |
|---|---|---|
| DATE: | October 13, 2015 | Your Case No.:  15-135-FJL |

| | |
|---|---|
| TO: | United States District Court<br>Southern District of Florida<br>101 South U.S. Highway 1, Room #1016<br>Fort Pierce, Florida  34950 |
| FROM: | Donna DeNicola, Courtroom Deputy for<br>Philip R. Lammens, United States Magistrate Judge<br>(352) 369-4864<br>Golden-Collum Memorial Federal Building and U.S. Courthouse<br>207 N.W. Second Street<br>Ocala, Florida  34475 |
| SUBJECT: | Rule 5(c) Proceedings |

The above-styled case originated in your division.  Enclosed please find certified copies of original documents regarding proceedings held in the Middle District of Florida in Ocala, Florida wherein the following action was taken:

| | |
|---|---|
| INITIAL APPEARANCE: | October 5, 2015 |
| PRELIMINARY HEARING: | October 9, 2015 |
| RELEASE/DETENTION: | The Defendant was ordered detained and removed to the charging district. |
| SCHEDULED HEARING: | Upon notice by the charging district. |
| CHARGING DOCUMENT: | Criminal Complaint |

Kindly acknowledge receipt of this letter with the copy provided.

Enclosures